# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DARNELL L. GRIMMETT**                                                    PETITIONER

VS.                             2:17CV00108 BRW/PSH

**GENE BEASLEY, Warden,**
**FCI Forrest City**                                                       RESPONDENT

## ORDER

I have received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, I approve and adopt the Findings and Recommendations in their entirety.

IT IS SO ORDERED this 29th day of September, 2017.


                                                  /s/ Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE