# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DARNELL L. GRIMMETT**                                                                 **PETITIONER**

**VS.**                               **2:17CV00108 BRW/PSH**

**GENE BEASLEY, Warden,**
**FCI Forrest City**                                                                    **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 29th day of September, 2017.

                                                /s/ Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE